944

No. 72–5414. DANIELS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5494. GARDNER ET AL. *v.* THOMPKINS, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5503. SHARP *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5504. BRYAN ET AL. *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5512. JONES *v.* SUPERINTENDENT, VIRGINIA STATE FARM. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5525. REYNOLDS *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5576. PEREZ *v.* TURNER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5799. ALBANY WELFARE RIGHTS ORGANIZATION DAY CARE CENTER, INC., ET AL. *v.* SCHRECK, COMMISSIONER, ALBANY COUNTY DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.